United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John C. McClane  
Penny J McClane  
    Debtors

Case No. 17-03268-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 25, 2022      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C. McClane, Penny J McClane, 3531 Willow Rd, Dover, PA 17315-4445 |
| cr | + | EMVLP II LLC, c/o Moss & Barnett, 150 South Fifth Street, Suite 1200, Attn: Sarah E. Doerr, Esq., Minneapolis, MN 55402-4138 |
| 4954911 | + | Barclays Bank Delaware (Carnival), P O Box 8803, Wilmington, DE 19899-8803 |
| 5006090 | + | CASH CALL, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 4954915 | + | CDPRASOL, P O Box 1099, Wixom, MI 48393-1099 |
| 5473122 | + | EMVLP II LLC, c/o Moss & Barnett, Attn: Sarah E. Doerr, Esq., 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4129 |
| 5473123 | + | EMVLP II LLC, c/o Moss & Barnett, Attn: Sarah E. Doerr, Esq., 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402 EMVLP II LLC 55402-4129 |
| 4954921 | | Macy's Bankruptcy Processing, P O Box 8063, Mason, OH 45040 |
| 4954923 | | State Farm Financial Svcs, 3 State Farm Plaza N-3, Bloomington, IL 61702 |
| 4965033 | + | York Hospital, 1001 S George Street, York, PA 17403-3645 |
| 4954930 | + | York Hospital, PO Box 15124, York, PA 17405-7124 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:12 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 25 2022 18:35:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | EDI: PRA.COM | Oct 25 2022 22:43:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4954909 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 18:47:12 | American Express, P O Box 981535, El Paso, TX 79998-1535 |
| 4977223 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 18:47:22 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4969652 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 25 2022 18:35:00 | Aurora Financial Group, Inc., c/o Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 4954910 | | EDI: BANKAMER.COM | Oct 25 2022 22:43:00 | Bank of America, P O Box 982235, El Paso, TX 79998 |
| 4987857 | + | EDI: BANKAMER2.COM | Oct 25 2022 22:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4959438 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 25 2022 18:35:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 4954914 | + | EDI: PRA.COM | Oct 25 2022 22:43:00 | Capital One, C/O Portfolio Recovery, 140 Corporate Blvd, Norfolk, VA 23502-4952 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 4954912 | + EDI: CAPITALONE.COM | Oct 25 2022 22:43:00 | Capital One, P O Box 71083, Charlotte, NC 28272-1083 |
| 4954913 | + EDI: CAPITALONE.COM | Oct 25 2022 22:43:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 4986730 | Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 18:47:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4954916 | + EDI: CITICORP.COM | Oct 25 2022 22:43:00 | Citibank (Citi Preferred Card), P O Box 6004, Sioux Falls, SD 57117-6004 |
| 4954917 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 25 2022 18:35:00 | Citizens Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 4994884 | EDI: Q3G.COM | Oct 25 2022 22:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4954918 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 25 2022 18:35:00 | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 4954919 | EDI: IRS.COM | Oct 25 2022 22:43:00 | Internal Revenue Service, Insolvency Admin, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4954920 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 25 2022 18:35:00 | Kohls/Capital One, P O Box 3115, Milwaukee, WI 53201-3115 |
| 4968195 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Oct 25 2022 18:35:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 4997320 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:12 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4997341 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:12 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5004791 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:12 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4996151 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2022 18:47:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4954922 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2022 18:47:12 | Merrick Bank, P O Box 9201, Old Bethpage, NY 11804-9001 |
| 4981601 | EDI: PRA.COM | Oct 25 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4955742 | + EDI: RECOVERYCORP.COM | Oct 25 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5002285 | EDI: Q3G.COM | Oct 25 2022 22:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4954924 | + EDI: RMSC.COM | Oct 25 2022 22:43:00 | SYNCB/Home Design, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 4954925 | + EDI: RMSC.COM | Oct 25 2022 22:43:00 | SYNCB/Lowes, P O Box 965005, Orlando, FL 32896-5005 |
| 4954926 | + EDI: RMSC.COM | Oct 25 2022 22:43:00 | SYNCB/Nautilus, P O Box 965005, Orlando, FL 32896-5005 |
| 4977908 | EDI: AIS.COM | Oct 25 2022 22:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4954928 | + EDI: WFFC.COM | Oct 25 2022 22:43:00 | Wells Fargo (Flooring Solultions), P O Box 30667, |

| | | | |
|---|---|---|---|
| 4980142 | EDI: WFFC2 | Oct 25 2022 22:43:00 | Los Angeles, CA 90030-0667 Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 4954929 | + EDI: PRA.COM | Oct 25 2022 22:43:00 | World Financial Network Bank, C/O Portfolio Recovery Assocs, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4954927 | | Verizon |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Aurora Financial Group INC., C/O Freedom Mortgage Corporation bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 2 Penny J McClane office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 1 John C. McClane office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Thomas Song | on behalf of Creditor Urora Financial Group INC., et al tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Aurora Financial Group INC., C/O Freedom Mortgage Corporation tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John C. McClane | Social Security number or ITIN xxx–xx–7742<br>EIN __–_____ |
| | First Name  Middle Name  Last Name | |
| Debtor 2<br>(Spouse, if filing) | Penny J McClane | Social Security number or ITIN xxx–xx–9692<br>EIN __–_____ |
| | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:17-bk-03268-HWV | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John C. McClane

Penny J McClane
fka Penny J Custer

10/25/22

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2