**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JOHN C. MCCLANE |
| Debtor 2 (Spouse, if filing) | PENNY J MCCLANE F/K/A PENNY J CUSTER |
| United States Bankruptcy Court for the: | MIDDLE     District of PA (State) |
| Case Number | 1:17-bk-03268-HWV |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no. (**if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:     4725

**Date of payment change:** 12/01/2019
Must be at least 21 days after date
of this notice

**New total payment:**
Principal, interest, and escrow, if any     $1,139.57

---

## Part 1:     Escrow Account Payment Adjustment

**1.     Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $495.98          **New escrow payment:** $495.30

## Part 2:     Mortgage Payment Adjustment

**2.     Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

**Current interest rate:** _____ %          **New interest rate:** _____ %

**Current principal and interest payment:** _____          **New principal and interest payment:** _____

## Part 3:     Other Payment Change

**3.     Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** _____          **New mortgage payment:** _____

---

Case 1:17-bk-03268-HWV    Doc    Filed 11/04/19    Entered 11/04/19 19:26:07    Desc
Main Document    Page 1 of 2

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Thomas Song, Esquire        Date    November 4, 2019
  Signature

Print:    Thomas Song, Esq., Id. No.89834        Title    Attorney
          First Name        Middle Name        Last Name

Company    Phelan Hallinan Diamond & Jones, LLP

Address    1617 JFK Boulevard, Suite 1400

           Philadelphia, PA 19103

                                                            Thomas.Song@phelanhallinan.
Contact Phone   215-563-7000                      Email    com